**EXHIBIT N**



**REMIT TO:**

**DEPARTMENT #1733**
**DENVER, CO 80291-1733**

TEL: *(303) 299-9329*
FAX: *(303) 299-9309*

BILL TO:

Alma Lasers
Attn: Kim Bello
42 Wanders Drive
Hingham, MA 02043

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 4182 | 7/28/2008 | 885560 |

| Terms |
|---|
| Net 30 |

| ITEM DESCRIPTION | SENT | AMOUNT |
|---|---|---|
| Date: 7/22/2008 Job: BFX-10303458 Name: 10-17 Columbus- AC's PO: Attempt=2405 Pages=1 Rate=$0.035 per page. | 1,805.00 | 63.18 |
| Date: 7/22/2008 Job: BFX-10303464 Name: 10-23 SFO CA PO: Attempt=1234 Pages=1 Rate=$0.035 per page. | 830.00 | 29.05 |
| Date: 7/22/2008 Job: BFX-10303447 Name: 10-16 Kansas- KS PO: Attempt=595 Pages=1 Rate=$0.035 per page. | 364.00 | 12.74 |
| Date: 7/22/2008 Job: BFX-10303448 Name: 10-16 Kansas- MO PO: Attempt=1406 Pages=1 Rate=$0.035 per page. | 876.00 | 30.66 |
| Date: 7/22/2008 Job: BFX-10303468 Name: 11-1 Sacramento PO: Attempt=2108 Pages=1 Rate=$0.035 per page. | 1,427.00 | 49.95 |

| Please include invoice number(s) on your check. | TOTAL | 701.70 |
|---|---|---|

ALMA019640



REMIT TO:

DEPARTMENT #1733
DENVER, CO 80291-1733

TEL: (303) 299-9329
FAX: (303) 299-9309

BILL TO:

Alma Lasers
Attn: Kim Bello
42 Wanders Drive
Hingham, MA 02043

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 4182 | 8/11/2008 | 886531 |

| Terms |
|---|
| Net 30 |

| ITEM DESCRIPTION | SENT | AMOUNT |
|---|---|---|
| Date: 8/5/2008 Job: BFX-10306812 Name: 10-4 Destin, GA-AL PO: Attempt=1099 Pages=1 Rate=$0.035 per page. | 870 | 30.45 |
| Date: 8/5/2008 Job: BFX-10306814 Name: 10-16 Kansas- MO PO: Attempt=1406 Pages=1 Rate=$0.035 per page. | 1,199 | 41.97 |
| Date: 8/5/2008 Job: BFX-10306815 Name: 10-16 Ft. Lauderdale- AC' PO: Attempt=2558 Pages=1 Rate=$0.035 per page. | 2,031 | 71.09 |
| Date: 8/5/2008 Job: BFX-10306816 Name: 11-1 Reston, VA PO: Attempt=1758 Pages=1 Rate=$0.035 per page. | 1,482 | 51.87 |
| Date: 8/5/2008 Job: BFX-10306818 Name: 10-16 Kansas-KS PO: Attempt=593 Pages=1 Rate=$0.035 per page. | 521 | 18.24 |
| Date: 8/5/2008 Job: BFX-10306819 Name: 10-17 Columbus, OH PO: Attempt=2405 Pages=1 Rate=$0.035 per page. | 1,954 | 68.39 |
| Date: 8/5/2008 Job: BFX-10306823 Name: 10-17 Houston- AC's PO: Attempt=2684 Pages=1 Rate=$0.035 per page. | 1,957 | 68.50 |
| Date: 8/5/2008 Job: BFX-10306827 Name: 10-23 SFO, CA PO: Attempt=1230 Pages=1 Rate=$0.035 per page. | 971 | 33.99 |
| Date: 8/5/2008 Job: BFX-10306830 Name: 11-15 Long Island PO: Attempt=2350 Pages=1 Rate=$0.035 per page. | 1,898 | 66.43 |
| Date: 8/5/2008 Job: BFX-10306831 Name: 11-22 Orange County AC's PO: Attempt=1940 Pages=1 Rate=$0.035 per page. | 1,522 | 53.27 |

Please include invoice number(s) on your check.

TOTAL

ALMA012649



**REMIT TO:**

**DEPARTMENT #1733**
**DENVER, CO 80291-1733**

TEL: (303) 299-9329
FAX: (303) 299-9309

BILL TO:

Alma Lasers
Attn: Kim Bello
42 Wanders Drive
Hingham, MA 02043

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 4182 | 8/25/2008 | 887512 |

| Terms |
|---|
| Net 30 |

| ITEM DESCRIPTION | SENT | AMOUNT |
|---|---|---|
| Date: 8/19/2008 Job: BFX-10310154 Name: 10-17 Houston, AC's PO: Attempt=2680 Pages=1 Rate=$0.035 per page. | 2,021 | 70.74 |
| Date: 8/19/2008 Job: BFX-10310167 Name: 10-23 SFO,CA PO: Attempt=1227 Pages=1 Rate=$0.035 per page. | 957 | 33.50 |
| Date: 8/19/2008 Job: BFX-10310170 Name: 11-15 Long Island PO: Attempt=2344 Pages=1 Rate=$0.035 per page. | 1,907 | 66.75 |
| Date: 8/19/2008 Job: BFX-10310175 Name: 11-22 Orange County PO: Attempt=1932 Pages=1 Rate=$0.035 per page. | 1,515 | 53.03 |
| Date: 8/19/2008 Job: BFX-10310187 Name: 11-1 Sacramento PO: Attempt=2104 Pages=1 Rate=$0.035 per page. | 1,692 | 59.22 |
| Date: 8/19/2008 Job: BFX-10310191 Name: 10-4 Destin- AL PO: Attempt=1095 Pages=1 Rate=$0.035 per page. | 851 | 29.79 |
| Date: 8/19/2008 Job: BFX-10310192 Name: 10-4 Destin- Panhandle FL PO: Attempt=1963 Pages=1 Rate=$0.035 per page. | 1,542 | 53.97 |
| Date: 8/19/2008 Job: BFX-10310193 Name: 10-11 Detroit MI PO: Attempt=2682 Pages=1 Rate=$0.035 per page. | 2,269 | 79.42 |
| Date: 8/19/2008 Job: BFX-10310196 Name: 10-17 Columbus, OH PO: Attempt=2402 Pages=1 Rate=$0.035 per page. | 1,958 | 68.53 |
| Date: 8/19/2008 Job: BFX-10310197 Name: 10-4 Princeton, NJ PO: Attempt=2578 Pages=1 Rate=$0.035 per page. | 2,167 | 75.85 |

| Please include invoice number(s) on your check. | TOTAL |
|---|---|

ALMA005464



**REMIT TO:**

**DEPARTMENT #1733**
**DENVER, CO 80291-1733**

TEL: (303) 299-9329
FAX: (303) 299-9309

BILL TO:

Alma Lasers
Attn: Kim Bello
42 Wanders Drive
Hingham, MA 02043

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 4182 | 8/25/2008 | 887512 |

| Terms |
|---|
| Net 30 |

| ITEM DESCRIPTION | SENT | AMOUNT |
|---|---|---|
| Date: 8/19/2008 Job: BFX-10310198 Name: 10-4 Destin-GA AC's PO: Attempt=499 Pages=1 Rate=$0.035 per page. | 384 | 13.44 |
| Date: 8/19/2008 Job: BFX-10310199 Name: 10-16 Kansas-KS PO: Attempt=592 Pages=1 Rate=$0.035 per page. | 524 | 18.34 |
| Date: 8/19/2008 Job: BFX-10310200 Name: 11-1 Reston, VA PO: Attempt=1754 Pages=1 Rate=$0.035 per page. | 1,482 | 51.87 |
| Date: 8/19/2008 Job: BFX-10310201 Name: 10-4 Tampa AC's PO: Attempt=2353 Pages=1 Rate=$0.035 per page. | 1,829 | 64.02 |
| Date: 8/19/2008 Job: BFX-10310203 Name: 10-16 Ft Lauderdale PO: Attempt=2554 Pages=1 Rate=$0.035 per page. | 1,882 | 65.87 |
| Date: 8/19/2008 Job: BFX-10310204 Name: 10-16 Kansas- MO PO: Attempt=1397 Pages=1 Rate=$0.035 per page. | 1,199 | 41.97 |

| **Please include invoice number(s) on your check.** | **TOTAL** | **846.31** |
|---|---|---|

ALMA005465